# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION

| | |
|---|---|
| MORENO SALINAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00159-AGF |
| ) | |
| STEPHAN V. CLARK, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT STEVEN SMITH

Assistant Attorneys General, Bryce Tobin and Olivia Finley, respectfully request this court to withdraw their appearance as counsel of record for Defendant Steven Smith.

Defendant Smith's lack of communication and cooperation has resulted in a breakdown of the attorney-client relationship such that the Attorney General's Office cannot continue to represent him. *See* Mo. Rev. Stat. § 105.716.2 ("Funds in the state legal expense fund shall not be used to pay claims and judgments against those persons and entities who do not cooperate as required by this subsection."). Throughout the course of this case, counsel has repeatedly made efforts to contact Defendant Smith through various means, including telephone, certified mail, and e-mail, but their efforts have

1

been futile. On two occasions, counsel was able to speak to Defendant Smith by telephone. Counsel notified him of his scheduled deposition on April 23, 2025. But Defendant Smith ignored all further communications, did not show up for a deposition preparation session or for his deposition, and continues to ignore counsel.

Wherefore, due to Defendant Smith's failure to communicate and cooperate, counsel cannot continue to represent Defendant Smith and request this court grant their motion to withdraw.

May 9, 2025

Respectfully Submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Bryce Tobin*
Bryce Tobin
Mo. Bar #75858
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(573) 821-1451
Bryce.Tobin@ago.mo.gov

*/s/ Olivia L. Finley*
Olivia L. Finley
Mo. Bar #76610
Assistant Attorney General
207 West High Street
Jefferson City, MO 65101
(573) 751-3321
Olivia.Finley@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed on May 9, 2025, with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Olivia L. Finley*