UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MORENO SALINAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-CV-00159-AGF |
| STEPHAN V. CLARK, et al., | ) ) ) |
| Defendants. | ) |

## VERDICT

**Note:** Complete this form by writing in the names required by your verdict.

On Plaintiff Moreno Salinas' excessive force claim against Defendant Stephan Clark, as submitted in Instruction No. 7, we find in favor of

_____Defendant Stephan Clark_____
(Plaintiff Moreno Salinas)   or   (Defendant Stephan Clark)


On Plaintiff Moreno Salinas' failure to protect claim against Defendant Stephan Clark, as submitted in Instruction No. 8, we find in favor of

_____Plaintiff Moreno Salinas_____
(Plaintiff Moreno Salinas)   or   (Defendant Stephan Clark)


On Plaintiff Moreno Salinas' excessive force claim against Defendant Johnny Clubbs, as submitted in Instruction No. 7, we find in favor of

_____Defendant Johnny Clubbs_____
(Plaintiff Moreno Salinas)   or   (Defendant Johnny Clubbs)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Johnny Clubbs, as submitted in Instruction No. 8, we find in favor of

_____**Plaintiff Moreno Salinas**_____
(Plaintiff Moreno Salinas)   or   (Defendant Johnny Clubbs)

On Plaintiff Moreno Salinas' excessive force claim against Defendant Cole Hansens, as submitted in Instruction No. 7, we find in favor of

_____**Plaintiff Moreno Salinas**_____
~~Defendant Cole Hansen~~ (RM)
(Plaintiff Moreno Salinas)   or   (Defendant Cole Hansens)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Cole Hansens, as submitted in Instruction No. 8, we find in favor of

_____**Plaintiff Moreno Salinas**_____
(Plaintiff Moreno Salinas)   or   (Defendant Cole Hansens)

On Plaintiff Moreno Salinas' excessive force claim against Defendant Vanissia Lemons, as submitted in Instruction No. 7, we find in favor of

_____**Defendant Vanissia Lemons**_____
(Plaintiff Moreno Salinas)   or   (Defendant Vanissia Lemons)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Vanissia Lemons, as submitted in Instruction No. 8, we find in favor of

_____**Defendant Vanissia Lemons**_____
(Plaintiff Moreno Salinas)   or   (Defendant Vanissia Lemons)

On Plaintiff Moreno Salinas' excessive force claim against Defendant Jerry Walls, as submitted in Instruction No. 7, we find in favor of

_____Defendant Jerry Walls_____
(Plaintiff Moreno Salinas)   or   (Defendant Jerry Walls)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Jerry Walls, as submitted in Instruction No. 8, we find in favor of

_____Defendant Jerry Walls_____
(Plaintiff Moreno Salinas)   or   (Defendant Jerry Walls)

On Plaintiff Moreno Salinas' excessive force claim against defendant Darrel Wilson, as submitted in Instruction No. 7, we find in favor of

_____Defendant Darrel Wilson_____
(Plaintiff Moreno Salinas)   or   (Defendant Darrel Wilson)

On Plaintiff Moreno Salinas' failure to protect claim against defendant Darrel Wilson, as submitted in Instruction No. 8, we find in favor of

_____Plaintiff Moreno Salinas_____
(Plaintiff Moreno Salinas)   or   (Defendant Darrel Wilson)

On Plaintiff Moreno Salinas' excessive force claim against Defendant Tyler Womack, as submitted in Instruction No. 7, we find in favor of

_____Plaintiff Moreno Salinas_____
(Plaintiff Moreno Salinas)   or   (Defendant Tyler Womack)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Tyler Womack, as submitted in Instruction No. 8, we find in favor of

_____**Plaintiff Moreno Salinas**_____
(Plaintiff Moreno Salinas)   or   (Defendant Tyler Womack)


On Plaintiff Moreno Salinas' excessive force claim against Defendant James Harmon, as submitted in Instruction No. 7, we find in favor of

_____**Defendant James Harmon**_____
(Plaintiff Moreno Salinas)   or   (Defendant James Harmon)


On Plaintiff Moreno Salinas' failure to protect claim against Defendant James Harmon, as submitted in Instruction No. 8, we find in favor of

_____**Plaintiff Moreno Salinas**_____
(Plaintiff Moreno Salinas)   or   (Defendant James Harmon)


On Plaintiff Moreno Salinas' excessive force claim against Defendant Bruce Hanebrink, as submitted in Instruction No. 7, we find in favor of

_____**Defendant Bruce Hanebrink**_____
(Plaintiff Moreno Salinas)   or   (Defendant Bruce Hanebrink)


On Plaintiff Moreno Salinas' failure to protect claim against Defendant Bruce Hanebrink, as submitted in Instruction No. 8, we find in favor of

_____**Plaintiff Moreno Salinas**_____
(Plaintiff Moreno Salinas)   or   (Defendant Bruce Hanebrink)

On Plaintiff Moreno Salinas' excessive force claim against Defendant David Houtz, as submitted in Instruction No. 7, we find in favor of

_____Defendant David Houtz_____
(Plaintiff Moreno Salinas)   or   (Defendant David Houtz)


On Plaintiff Moreno Salinas' failure to protect claim against Defendant David Houtz, as submitted in Instruction No. 8, we find in favor of

_____Plaintiff Moreno Salinas_____
(Plaintiff Moreno Salinas)   or   (Defendant David Houtz)


On Plaintiff Moreno Salinas' excessive force claim against Defendant George Durrow, as submitted in Instruction No. 7, we find in favor of

_____Defendant George Durrow_____
(Plaintiff Moreno Salinas)   or   (Defendant George Durrow)


On Plaintiff Moreno Salinas' failure to protect claim against Defendant George Durrow, as submitted in Instruction No. 8, we find in favor of

_____Defendant George Durrow_____
(Plaintiff Moreno Salinas)   or   (Defendant George Durrow)


On Plaintiff Moreno Salinas' excessive force claim against Defendant Matthew Short, as submitted in Instruction No. 7, we find in favor of

_____Defendant Matthew Short_____
(Plaintiff Moreno Salinas)   or   (Defendant Matthew Short)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Matthew Short, as submitted in Instruction No. 8, we find in favor of

_____Plaintiff Moreno Salinas_____
(Plaintiff Moreno Salinas)    or    (Defendant Matthew Short)

On Plaintiff Moreno Salinas' excessive force claim against Defendant Aaron Raines, as submitted in Instruction No. 7, we find in favor of

_____Defendant Aaron Raines_____
(Plaintiff Moreno Salinas)    or    (Defendant Aaron Raines)

On Plaintiff Moreno Salinas' failure to protect claim against Defendant Aaron Raines, as submitted in Instruction No. 8, we find in favor of

_____Plaintiff Moreno Salinas_____
(Plaintiff Moreno Salinas)    or    (Defendant Aaron Raines)

**Note: Complete the following paragraphs only if one or more of the above findings is in favor of the plaintiff. (If all of the above findings are in favor of the defendants, have your foreperson sign and date this form because you have completed your deliberations.)**

We find the Plaintiff Moreno Salinas' damages to be:

$ __380,000.00__ (state the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

**Note: You may not award punitive damages against any defendant unless you have first found against that defendant and awarded the plaintiff nominal or actual damages.**

We assess punitive damages against Defendant Stephan Clark as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Johnny Clubbs as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Cole Hansens as follows:

$ __15,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Vanissia Lemons as follows:

$ __none__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Jerry Walls as follows:

$ __none__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Darrel Wilson as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Tyler Womack as follows:

$ __15,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant James Harmon as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Bruce Hanebrink as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant David Houtz as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant George Durrow as follows:

$ __none__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Matthew Short as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Aaron Raines as follows:

$ __5,000.00__ (state the amount or, if none, write the word "none").

███████████
Foreperson

Date: 10/17/2025